FILED: September 9, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1687

(1:09-cv-00311-MR-DLH)

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellant

v.

PROPAK LOGISTICS, INC.

    Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the motion for judicial notice pending assignment of the case to a panel for review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk